UNITED STATES SOUTHERN DISTRICT COURT
FOR THE DISTRICT OF New York

Chelsie Robinson,
Plaintiff,

v.

Trippie Redd, Famous Dex, Travis Scott, Drake, Juice WRLD, Playboi Carti, xxxtentacion, Lil Uzi Vert, Lil Baby, Future, Lil Durk, Polo G, Chief Keef, Ski Mask the Slump God, Eminem, Rihanna, Mariah Carey, Beyoncé, Ciara, Cassie, JoJo, Jennifer Lopez, Adele, Willow Smith, Jaden Smith, Will Smith, Enchanting, Big Scarr, FBG Duck,
King Von, Asian Doll, Billie Eilish, Justin Bieber, Justin Timberlake, Miley Cyrus, Kelly Rowland, Cardi B, Quavo, Offset, Migos, Kash Doll, Dreezy, Young Pappy, Doja Cat, Saweeti, Ice Spice, Lola Brooke, Latto, Billy B, GloRilla, The Pussycat Dolls, Nicole Scherzinger, Selena Gomez, Demi Lovato, City Girls, Ashanti, Jordin Sparks, Chris Brown, T-Pain, Usher, 2 Chainz, Chingy, Garrett Hedlund, Ne-Yo, Akon, Amanda Perez, Eamon, Huey, Lil Mama, Britney Spears, The Weeknd, Kendrick Lamar, Blac Youngsta, Fantasia, Remy Ma, Fat Joe, Lil Kim, Bia, G Herbo, Sada Baby, JHE Rooga, Brokeasf, Chance the Rapper, Rae Sremmurd, Iggy Azalea, Gnarls Barkley, Maroon 5, Adam Levine, Shania Twain, Selena, The Notorious B.I.G, Tupac, Aaliyah, Lil Moe 6Blocka, NBA YoungBoy, Trey Songz, DaBaby, DaniLeigh, Fifth Harmony, Bhad Bhabie, YNW Melly, Julio Foolio, Jamie Foxx, Twista, Ludacris, Mary J. Blige, Kanye West, Lil Pump, Gunna, Quinn NFN, Jacquees, Jeremih, Victoria Justice, Whitney Houston, Lauryn Hill, Mac Miller, Lil Peep, Machine Gun Kelly, Ying Yang Twins, Baby Bash, Nipsey Hussle, Snoop Dogg, Pharrell Williams, Jennifer Hudson, Keri Hilson, Jason Derulo, John Legend, SZA, Tommy Genesis, Melanie Martinez, Tate McRae, KenTheMan, Gucci Mane, Kaliii, Bangg 3, Goldie, Queen Key, Keys, Big Sean, Heavy Steppers, Memo 600, Madonna, David Guetta, Afrojack, Pitbull, Frankie J, J-Holiday, J-Kwon, Sean Kingston, Ed Sheeran, Paramore, Hayley Williams, Missy Elliott, Ellie Goulding, The Chainsmokers, Lil Tjay, Rod Wave, Blueface, Rob49, 9ina, Bidney Blood, Cuban Doll, Molly Brazy, Moneybagg Yo, Tee Grizzley, Lil Yachty, Kevin Gates, Macklemore, Avril Lavigne, August Alsina, Renni Rucci, ScHoolboy Q, Princess Nokia, 50 Cent, Busta Rhymes, Lil Zay Osama, DJ Khaled, Dr. Dre, Ice Cube, Ice-T, LL Cool J, Christina Aguilera, Michael Jackson, P. Diddy, Kenny Chesney, Central Cee, Rick Ross, Tinashe, Jhené Aiko, Toni Romiti, Bow Wow, Zendaya, D.C. Young Fly, Noah Cyrus, GIVĒON, Diggy Simmons, Soulja Boy,

Case No.: [To be assigned by Clerk]

COMPLAINT FOR CONVERSION AND UNJUST ENRICHMENT

JURY TRIAL DEMANDED

Sean Paul, Shakira, Shaggy, Cher, Mýa, Lud Foe, El Hitta, Montana of 300, SimxSantana, BigXthaPlug, Lil Dicky, Moone Walker, Lizzo, Summer Walker, Post Malone, Tyler, The Creator, Bruno Mars, Olivia Rodrigo, Lady Gaga, TLC, MC Hammer, Vanilla Ice, Salt-N-Pepa, Nelly, DMX, Coolio, Wu-Tang Clan, Lil Nas X, Flo Rida, will.i.am, Outkast, Lil Jon, Wiz Khalifa, Ja Rule, Timbaland, Childish Gambino, Donald Glover, Eazy-E, Nas, Wyclef Jean, Ryan Lewis, N.W.A, Kid Cudi, Eve, T.I., Tyga, Bone Thugs-n-Harmony, Fugees, Mos Def, Young Jeezy, Waka Flocka Flame, Fetty Wap, Ty Dolla $ign, Jack Harlow, Meek Mill, B.o.B, G-Unit, Kodak Black, The Game, French Montana, 6ix9ine, Lupe Fiasco, Pusha T, Logic, Lil Xan, Jadakiss, Kidd Kidd, Yo Gotti, SWV, Pop Smoke, The Kid LAROI, Wale, YG, Fabolous, Ferg, Pooh Shiesty, Swae Lee, Roddy Ricch, NF, 6LACK, A Boogie wit da Hoodie, PARTYNEXTDOOR, Young Dolph, NLE Choppa, Yella Beezy, blackbear, Don Toliver, Lil Mosey, Metro Boomin, Silentó, Desiigner, D.R.A.M., Halsey, SAINt JHN, PnB Rock, Atmosphere, Aminé, Sheck Wes, Cordae, MadeinTYO, Tierra Whack, Fivio Foreign, Toosii, Dee Mula, Lil 2z, $not, Sia, Kaleo, Lil Tecca, Megan Thee Stallion, Harry Styles, One Direction, Jonas Brothers, Nick Jonas, Dua Lipa, Powfu, beabadoobee, 24kGoldn, iann dior, Gotye, Katy Perry, 3OH!3, Panic! at the Disco, Three Days Grace, 3 Doors Down, Dolly Parton, Garth Brooks, Brad Paisley, Miranda Lambert, Carrie Underwood, George Strait, Reba McEntire, Yelawolf, Alan Jackson, Keith Urban, Randy Travis, Tim McGraw, Martina McBride, Faith Hill, LeAnn Rimes, Lee Ann Womack, Trisha Yearwood, Lonestar, Sara Evans, Gary Allan, Caskey, Lorde, Blac Chyna, Mario, Shy Glizzy, Mystikal, Chamillionaire, Niykee Heaton, Kehlani, Kat Dahlia, Angel Haze, Bobby Shmurda, Shaybo, Lady Leshurr, Gwen Stefani, Charli XCX, Young M.A, Kelis, Toya, Shawnna, Lloyd, Khalid, Calboy, Normani, Shawn Mendes, Camila Cabello, Lewis Capaldi, Sam Smith, Lana Del Rey, Blake Shelton, Solange, J Balvin, Bad Bunny, Hozier, Rittz, Hopsin, Tech N9ne, Tones and I, Ari Lennox, Shordie Shordie, Baby Keem, Cdot Honcho, Tom MacDonald, Karmin, Meghan Trainor, Kreayshawn, Pink, Blu Cantrell, Keyshia Cole, Darius Rucker, Hunter Hayes, Jesse McCartney, Mindless Behavior, Natasha Bedingfield, Shontelle, Rick James, Burna Boy, Kelly Clarkson, Paul McCartney, Bill Withers, Johnny Cash, James Brown, Mr. C The Slide Man, Ester Dean, Tay-K, Calvin Harris, Ina Wroldsen, Disciples, Gigi Hadid, Nico & Vinz, Rick Springfield, BlocBoy JB, Slim Jesus, Jadaa, E-40, Pastor Tim Colerick & Mary Sue, Blue October, Hott Headzz, Cassidy, CJ, Sugarland, Billy Currington, Toby Keith, Leighton Meester, CKay, Wizkid, Tems, Rema, Celine Dion, Khia, Young Scooter, Evanescence, OneRepublic, Nickelback, Vanessa Carlton, Vanessa Hudgens, Ashley Tisdale, The Proclaimers, Plain White T's, Charice, Iyaz, Snow Tha Product, Honey Cocaine, ASAP Rocky, Kid Ink, Dizzy Wright, Lil Bibby, Clever, Baby Boy Da Prince, TOKYO'S REVENGE, Christina Perri, 42 Dugg, 3 Doors Down, Lady Antebellum , Hustle Gang, RaRa, Brandon Rossi, Tokyo Jetz, Trae tha Truth, Young Dro, Rubi Rose, Young Beezy, Kali Uchis, Tay Money, Alicia Keys, Hitkidd, Marshmello, Foogiano, O.T. Genasis, OG Maco, Skylar Grey, Dido, Jessie Reyez, CeeLo Green, Bryson Tiller, Tory Lanez, Joyner Lucas, Kay Flock, Lil Skies, Joey Bada$$, Uncle Kracker, Damian Marley, Sir, Phora, Westside

Boogie, Russ, Linkin Park, Rico Nasty, Ginuwine, Jagged Edge, Tyrese, Jermaine Dupri, Trina, Jason Weaver, Nate Dogg, 1-20, Juelz Santana, MAGIC!, Carly Rae Jepsen, Becky G, Lil Flip, Lea, L.V., Landon Cube, Sterling Knight, Zac Efron, Cam'ron, Southside, Young Nudy, Casanova, Lil Boosie, Joe, Mario Winans, Coldplay, Pia Mia, Flo Milli, Monaleo, YBN Nahmir, Big Kay Breezy, X Ambassadors, Avicii, Zedd, DJ Snake, Bipolar Sunshine, Rascal Flatts, Flipp Dinero, Mooski, Denzel Curry, Juicy J, YUNGBLUD, SayGrace, Jackboy, Bexey, Sheff G, Sleepy Hallow, Island Boys, JayDaYoungan, Nicholas Fraser, Emmanuel Hudson, Teyana Taylor, 22 Savage, Jake Paul, Tiara Thomas, fun., Hailee Steinfeld, Surf Mesa, Emilee, Rob Stone, Spooks, J. Davis, Spinabenz, Whoppa Wit Da Choppa, Yungeen Ace, FastMoney Goon, Tracy Chapman, The All-American Rejects, Green Day, Foster The People, Hoobastank, Fall Out Boy, The Fray, Hinder, Creed, Sampha, Deana Carter, Stunna 4 Vegas, Tiffany Haddish, Day Sulan,
 SleazyWorld Go, Lil Wayne, Coi Leray
Defendants.

## I. PARTIES

1. Plaintiff, Chelsie Robinson , is an individual residing at 1 Kenilworth Place Brooklyn NY 11210.
2. Defendants are individuals residing in different states .

## II. JURISDICTION AND VENUE

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (Diversity of Citizenship) because the Plaintiff and the Defendants are citizens of different states, and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.
5. Venue is proper in this district pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claim occurred in this district.

## III. STATEMENT OF FACTS

6. Plaintiff operated a personal recording studio and independently created and recorded unique, original master audio recordings (the "Audio Files").
7. Plaintiffs brother obtained digital copies of these Audio Files from the Plaintiff's studio without the Plaintiff's authorization or informed consent.
8. This individual subsequently transferred ownership and possession of the Audio Files to the Defendants.
9. Defendants took possession of the Audio Files knowing, or having reason to know, that the files were obtained without the Plaintiff's authorized consent.
10. Defendants have utilized, distributed, and commercialized the Audio Files for profit without compensating the Plaintiff.

## IV. FIRST CAUSE OF ACTION
(Conversion / Civil Theft)
11. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 11.

12. Plaintiff owns and has the right to immediate possession of the Audio Files.

13. Defendants intentionally and wrongfully took control, dominion, and possession of the Plaintiff's property.

14. Defendants' unauthorized actions have deprived the Plaintiff of the use and value of the property, causing significant financial harm.

## V. SECOND CAUSE OF ACTION

### (Unjust Enrichment)

15. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 15.

16. Defendants received a direct financial benefit from the commercial use of the Plaintiff's property.

17. Defendants have retained this financial benefit at the expense of the Plaintiff.

18. Under circumstances of equity and good conscience, it is unjust for the Defendants to retain this financial windfall without paying the Plaintiff for the value of the work.

## PRAYER FOR RELIEF

Wherefore, Plaintiff respectfully requests that this Court enter judgment against the Defendants and grant the following relief:

- A judgment directing Defendants to return all original files and copies of the property to the Plaintiff;
- An accounting of all sales, revenues, and profits, derived from Defendants from the unauthorized use and commercialization of Plaintiff's work.
- An award of 100% of all profits, gross revenues, and ill-gotten gains, derived by Defendants.
- An award of punitive damages for willful and malicious conduct;
- An order for preliminary and permanent injunction relief prohibiting any further reproduction, distribution, or sale of the work.
- Reasonable attorney's fees and the costs of this lawsuit; and
- Such other and further relief as the Court deems just and proper.

Dated: 07/18/2026

Respectfully submitted,

Signature: Chelsie Robinson
1 Kenilworth Place Brooklyn NY 11210
Phone# 929-236-5256
Email: Chelsie3872@gmail.com