UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHELSIE ROBINSON,<br><br>Plaintiff,<br><br>-against-<br><br>TRIPPIE REDD, et al.,<br><br>Defendants. | 26-CV-6115 (LLS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the November 14, 2026 order, this action is dismissed.

SO ORDERED.

Dated: November 18, 2026
New York, New York

Louis L. Stanton

Louis L. Stanton
U.S.D.J.